## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

DENNIS RICCI, et al.,          )
                                    )
    Plaintiffs,               )
                                    )
v.                                  )     NO. 3:18-cv-00771
                                    )
HIDEOUT PICTURES, LLC, et al.,   )     JUDGE CAMPBELL
                                    )     MAGISTRATE JUDGE HOLMES
    Defendants.             )

## <u>ORDER</u>

Pending before the Court is Defendants' Motion to Dismiss (Doc. No. 22) Plaintiffs' Complaint (Doc. No. 1). Through an Order (Doc. No. 56) issued on July 18, 2019, the Magistrate Judge determined that Plaintiffs' Amended Complaint (Doc. No. 36) is the legally operative complaint in this case. Accordingly, Defendants' Motion to Dismiss (Doc. No. 22) is **DENIED**, as moot.

Also pending are Defendants' Requests for Judicial Notice (Doc. Nos. 24, 41), to which Plaintiffs have not responded. Plaintiffs shall file any response to the Requests on or before July 26, 2019.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE