# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| **Dennis Ricci and Ed Lamberg,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:18-cv-0771** |
| | ) | **Judge Campbell** |
| | ) | **Magistrate-Judge Holmes** |
| **Hideout Pictures, LLC,** | ) | |
| **Flatwoods Productions, Inc.,** | ) | |
| **Country Music Television, Inc.,  and** | ) | |
| **Viacom, Inc.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## O R D E R

Pursuant to the initial case management conference order entered March 26, 2019, Docket Entry Nos. 54, a subsequent case management conference is scheduled for August 15, 2019.  The order further provided that this case management conference could be reset upon request of the parties or by the Court based on the timing of Judge Campbell's ruling on the pending motion to dismiss. Counsel have jointly requested that the conference call be rescheduled inasmuch as no ruling has yet entered on the pending motion to dismiss.

Therefore, the subsequent case management conference will be RESCHEDULED and held telephonically on **October 1, 2019, at 10:00 a.m. (Central)** to address: status of discovery (including any known or anticipated discovery issues or disputes); a schedule for any additional damages discovery; prospect for settlement (including propriety of ADR); whether any modifications to the case management schedule are needed due to the status of the motion to

1

dismiss; bifurcation of trial (including procedures); scheduling of another case management

conference; and, any other appropriate matters. Plaintiffs' counsel shall initiate the call.

It is so ORDERED.

BARBARA HOLMES
United States Magistrate Judge